RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Aundrea Cymone Hamilton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00263-GMN-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** |
| v. | |
| AUNDREA CYMONE HAMILTON, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and James J. Gaeta, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Aundrea Cymone Hamilton, that the Change of Plea Hearing currently scheduled on September 10, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      Defendant is a single parent who resides out of state. Additional time is needed for her to coordinate travel; work leave; and childcare.

2.      Defendant is not incarcerated and does not object to a continuance.

3.      The parties agree to the continuance

1        4.     Additionally, denial of this request for continuance could result in a miscarriage

2    of justice.

3        This is the first request for continuance filed herein.

4        DATED this 4th day of September, 2025.

5

6    RENE L. VALLADARES          SIGAL CHATTAH
    Federal Public Defender          Acting United States Attorney

7

8    By */s/ Keisha K. Matthews*       By */s/ James J. Gaeta*

9    KEISHA K. MATTHEWS         JAMES J. GAETA
    Assistant Federal Public Defender    Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00263-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| AUNDREA CYMONE HAMILTON, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled on September 10, 2025 at the hour of 10:30 a.m., be vacated and continued to _October 27, 2025_ at the hour of 10:00 a.m.

DATED this __4__ day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE