**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00263-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| AUNDREA CYMONE HAMILTON, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled on February 3, 2026 at the hour of 9:00 a.m., be vacated and continued to  May 15, 2026          at the hour of 9:00 a.m.

DATED this  21   day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE