RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Aundrea Cymone Hamilton

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00263-GMN-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | |
| AUNDREA CYMONE HAMILTON, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General, and Melinda Brewer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Aundrea Cymone Hamilton, that the Sentencing Hearing currently scheduled on May 15, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.    The defense needs additional time to prepare for sentencing.

2.    Defendant is not incarcerated and does not object to a continuance.

3.    The parties agree to the continuance

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 1st day of May, 2026.

RENE L. VALLADARES                      TODD BLANCHE
Federal Public Defender                  Acting Attorney General


By */s/ Keisha K. Matthews*              By */s/ Melinda Brewer*
KEISHA K. MATTHEWS                      MELINDA BREWER
Assistant Federal Public Defender        Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00263-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| AUNDREA CYMONE HAMILTON, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled on May 15, 2026 at the hour of 9:00 a.m., be vacated and continued to  July 15, 2026  at the hour of 9:00 a.m.

DATED this   4   day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE