**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>AUNDREA CYMONE HAMILTON,<br><br>      Defendant. | Case No. 2:24-cr-00263-GMN-NJK<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled on July 15, 2026 at the hour of 9:00 a.m., be vacated and continued to September 17, 2026 at the hour of 2:00 p.m.

DATED this __9__ day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE