**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AUNDREA CYMONE HAMILTON,<br>Defendant. | Case No. 2:24-cr-00263-GMN-NJK<br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled on September 17, 2026 at the hour of 2:00 p.m., be vacated and continued to October 27, 2026 at the hour of 10:00 a.m.

DATED this 14 day of September, 2026.

UNITED STATES DISTRICT JUDGE